Real A. Bureau                                  September 6, 2020
Plaintiff
    vs.
Commonwealth of Massachusetts, Attorney General,
and the Department of Corrections
    Defendant

## Complaint

① I Real A. Bureau, D.O.B 02/12/82 am filing this complaint in regards to the civil suit I am filing against the Department of Corrections and the Commonwealth of Massachusetts. This complaint is directed towards the lack of medical treatment I'm recieving at Shirley Medium Prison. A similar lawsuit was already filed on December 19, 2019 by Attorney Robert Fredrickson III, on behalf of 3 inmates named, Bret Coppola, Michael Feinstein, and Joseph Scalafani, against the Department of Corrections, Case# 1:19-cv-12550. This civil suit was granted, these inmates were then put on the Medically Assisted Treatment program immediatly.

## Parties

② Real Bureau a prisoner at MCI-Shirley, Medium, P.O. Box 1218, Shirley, MA. 01464-1218

③ The Commonwealth of Massachusetts is a sovereign state of the United States.

④ THE DEPARTMENT OF CORRECTIONS, ATTORNEY GENERAL, MCCORMACK BUILDING, ONE ASHBURTON PLACE, BOSTON, MA. 02108.

## FACTS

⑤ I have already exhausted all other options to resolve this matter before deciding to take this into court by filing 3 grievances, appealing the decisions, went to Happy Hour to speak with Administration, filled out approximatly 10-15 sick slips in regards to this matter, and now this process of court. I applied for the (MAT) program meaning (Medically Assisted Treatment) here at MCI-Shirley when it was 1st available in the prison. I did all the appropriate steps to start by filing out questionaire's, signing all waivers and documents necessary to begin treatment. I was then cleared by Mental Health, the provider cleared me, and then right as I was suppose to start I was told I needed to be parole positive or 120 days to my release. This statement is a blantant lie, there is many inmates that are on this program that are not parole positive, and are no where near 120 days to release of prison. The (D.O.C.) is picking and choosing who they want to help with this program, the courts can supeona the records as proof, and I feel as the (D.O.C.) doesn't think that my life matters enough, that's not fair to me.

⑥ I have opiate use disorder (O.U.D.) which is reconized by the state of Massachusetts as a mental health disorder. Opiate overdoses is a nationwide epidemic throughout prisons nation wide, and needs to be taken seriously and treated as any other mental health disorder. The (D.O.C.) does not wait until 120 days or parole positive to treat (PTSD, Anxiety, depression, Bi-polar) or all the other mental health diagnoses, so why would this disorder be any different?

I have a long history of drug abuse, in and outside the prison. As a matter of fact, I was arrested on March 28, 2017 for possesion of suboxene, herion/fentanyl. While I was incarcerated at Billerica House of Corrections in November 2017, I overdosed and died while in jail and had to be narcaned twice, then taken to Saints Memorial Hospital to be treated.

To avoid opiate relapse again I have had to self-medicate using black market suboxene since that day. I have recieved about 6 dirty urine drug test for suboxene, and have recieved severe punishments from the (D.O.C.) for using suboxene. I am scared to die again and this medication has saved my life but the (DOC) refuses to help me with the program they have set in place to prevent opiate relapse, overdoses, and death.

⑦ The (DOC) Is equipt to treat (O.U.D.) with 3-medications. #1- Vivitrol shot, #2- Buprenophine or Suboxene, and #3- Methadone. These treatments are usually lengthy and most of the time life long, to force the ending of said treatment will cause excruciating withdrawl symptoms. These symptoms could have life threatning complications, as well as opiate relapse and possible death. Inmates/addicts refuse to go through these withdrawl symptoms that include but are not limited to = Restless legs, insomnia, sweats, body and muscle pains, nausea, not sleeping for weeks and in some cases months, and diarrhea are just some of the many painful symptoms. So without proper treatment inmates/addicts are forced to use black market suboxene to self-medicate to avoid relapsing and possibly dying of an opiate overdose. But then the (DOC) punishes these inmate/addicts when failing a drug screen by, being put in segragation (the hole) finiancial retaliation by freezing the inmate/addicts canteen accounts for outragous amounts of money and makes it in some cases impossible for the inmate to buy bare necessities as in a bar of soap or hygene items of any kind, disciplinary actions as in loss of gym, loss of yard or recreation, loss of phone calls to family, loss of visits, and many other sanctions, all for taking a medication that you need that saves your life.

8) ON TOP OF the disciplinary INFRACTIONS, TAKING BLACK MARKET SUBOXENE OUT OF the SALIVA OR RECTUM OF ANOTHER PERSON has MANY SERIOUS Health HAZARDS and RISKS AS well. THESE INMATE Addicts could Contract HIV, Hep-C, HERPES and A SLEW OF OTHER diseases That Can Be transmitted By This method.

IN Regards to the Law Suit Already Filed AND GRANT (Case # 1:19-cv-12550) there was many ISSUES Sighted AS IN, Civil Rights Violations Challenging the LIFE-THREATNING and discriminatory denial of Adequate MEDICAL CARE. The (DOC) Is legally OBLIGATED to MEET MEDICAL Needs to THOSE IN THEIR Custody. (oud) IS A deadly disease That AFFECTS MILLIONS OF AMERICANS, an VIOLATES the 8th AMENDMENT OF the U.S. Constitution (Cruel and UNUSUAL PUNISHMENT) ALSO the ADA AMERICAN disease ACT, and places US Inmate/Addicts IN Immediate danger. Much like Any other deadly disease This Needs to Be treated Immidiatly.

REQUESTED RELIEF

I AM ASKING the Courts to REQUEST EMERGENCY and PERMENANT RELIEF TO REQUIRE the (DOC) to provide ME with Adequate medical care FOR MY OPIATE USE DISORDER (oud) and please help me prevent from SUFFERING WITHDRAWLS and possible Relapse ON OPIATES That Could ultimatly lead to My death, AS It has done to many other Inmate/Addicts who didn't get the treatment and have died By OVERDOSING ON OPIATES AFTER Relapse.

Please require the (DOC) to put me on their medically assisted treatment program before its to late, and I end up dead, and another drug overdose statistic. With this medication I can avoid opiates, without this program I will relapse again and next time I might not get so lucky and may die.

Thank you for taking the time to listen to my complaint, Anything you can do for me would be greatly appreciated.

Sincerely yours,
Respectfully Submitted,
Real A. Bureau

September 6, 2020

#W110966
REAL A. BUREAU, PRO-SE

REAL BUREAU                                    SEPTEMBER 6, 2020
PLAINTIFF,
    VS.
COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL,
and the DEPARTMENT OF CORRECTIONS
    DEFENDANTS.

AFFIDAVIT OF REAL BUREAU pertaining to the civil lawsuit and complaint that I am filing.

I REAL BUREAU INMATE # W110966 SWEAR that all documents that I have filled out pertaining to this matter, and EVERYthing I stated in my complaint to the courts is 100% accurate and true. I AM IN the process now of getting multiple copies of all the paperwork I have filled out to send out to all the defendants of this matter. Because of the corona virus I am at the mercy of the prison as to when I can make copies and go to the library, but they will be copied and sent out as soon as possible.

Real A. Bureau
REAL A. BUREAU, PRO-SE'
MCI-SHIRLEY Medium - P.O. BOX 1218
SHIRLEY, MA. 01464 - 1218